# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA AHAMED,<br><br>                    Plaintiff,<br><br>– against –<br><br>563 MANHATTAN INC d/b/a COTTER BARBER, 321 GRAHAM INC. d/b/a COTTER BARBER, and BRIAN BURNAM,<br><br>                    Defendants. | ECF CASE<br><br>1:19-cv-06388 (ERK) (CLP)<br><br>**DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS TO ADMIT** |

Defendants 563 Manhattan Inc. d/b/a Cotter Barber, 321 Graham Inc. d/b/a Cotter Barber, and Brian Burnam ("Defendants"), by and through their attorney, Michael L. Ferch, Esq., hereby answer and/or object to Plaintiff's First Set of Requests to Admit, under oath, as follows:

## GENERAL OBJECTIONS

Defendants object to Plaintiff's Requests to Admit to the extent they seek information which is irrelevant to the claims asserted in this lawsuit, or otherwise not likely to lead to discovery of evidence admissible at trial.

Defendants further object to Plaintiff's Interrogatories to the extent they seek information beyond the scope permitted by the Federal Rules of Civil Procedure and the Local Civil Rules of the U.S. District Court, Eastern District of New York (hereinafter, collectively, the "Rules"), or are otherwise improper, untimely or premature under the aforementioned Rules.

## RESPONSES TO PLAINTIFF'S
## *REQUESTS FOR ADMISSION*

1.    Admit that on July 3, 2019, Defendant Brian Burnam had the ability to access the inbox of the e-mail address, "brian@cotter.nyc".

Response: Admit.

2. Admit that on July 3, 2019, Defendant Brian Burnam accessed the inbox of the e-mail address, "brian@cotter.nyc".

Response: Admit.

3. Admit that on July 3, 2019, Defendant Brian Burnam received the following notice ("Notice"), in relevant part, in the inbox of "brian@cotter.nyc:

> Respondents are on notice to preserve and not destroy all documents or other evidence that pertain to these claims, including, but not limited to, all video surveillance of the premises of 563 Manhattan Ave and 321 Graham Ave between May 2019 and July 3, 2019, copies of all versions of the employee handbook, and payroll records of Mr. Ahamed. Failure to preserve and not destroy the foregoing may result in serious sanctions against Respondents, including an adverse inference that the evidence not preserved or destroyed, if reviewed, would demonstrate the truth of the claims against Respondents. See e.g. Sarko v. Associated Supermarket, 2017 NY Slip Op 07975 [N.Y. App. Div. 2017].

Response: Admit that this notice was received, but no inference that Defendants intentionally acted or failed to act in response to this Notice. Defendants do not admit that "video surveillance evidence" was neither preserved nor destroyed by Defendants. ==Defendant Burnam believed the 563 Manhattan Avenue shop's security cameras preserved recordings for an indefinite or lengthy period of time. It was only after this lawsuit was commenced that it was determined that video recordings are only saved for 30 days, then erased.==

4. Admit that on July 3, 2019, Defendant Brian Burnam read the foregoing Notice.

Response: Because Plaintiff's attorney, Zachary J. Liska, Esq., was a "regular customer" for 2-3 years at my 563 Manhattan Avenue shop (stopping in approximately 2 times per day and spending hours "hanging out" at the shop drinking coffee and conversing with the shop's staff and barbers), when I received the July 3 email/notice I believed it was a prank. Since Plaintiff and I worked closely together without incident, socialized after business hours -- and Plaintiff, Attorney Liszka and I -- maintained a good and healthy repertoire, I believed this Notice to be a prank or joke that Attorney Liszka and Plaintiff were trying to pull on me.

5.      Admit that Defendant Brian Burnam did not act to preserve or destroy any video surveillance of the premises of 563 Manhattan Avenue and/or 321 Graham Avenue in Brooklyn, New York, following receipt of the foregoing Notice.

Response:  See Responses 3 and 4 above.

Dated:      Brooklyn, New York
            July 16, 2020

                                                Sincerely yours, etc.,

                                    BY:     _____
                                            Michael L. Ferch, Esq. [MF-6211]
                                            Law Office of Michael L. Ferch
                                            *Attorneys for Defendants*
                                            280 Madison Avenue, Suite 912
                                            New York, New York 10016
                                            Ph: (212) 757-2520
                                            Fax: (718) 972-4505
                                            E-mail: michael@ferchlaw.com

3

## VERIFICATION

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF KINGS        )

_Brian Burnam_, being duly sworn, deposes and says:

I am _OWNER OPERATOR_ of defendants 563 MANHATTAN INC d/b/a COTTER BARBER, 321 GRAHAM INC. d/b/a COTTER BARBER, and I am also a defendant. I have read the foregoing ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS TO ADMIT and know the contents thereof; the same is true to the best of my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

Signature: _/s/ Brian Burnam_

Name: _BRIAN BURNAM_

Title: _OWNER OPERATOR_

Sworn to before me this 16th day of July, 2020.

_____
Notary Public

MICHAEL L. FERCH
Notary Public, State Of New York
No. 02FE6039584
Qualified In Kings County
Commission Expires April 3, 2022