### LAW OFFICE OF MICHAEL L. FERCH
195 MONTAGUE STREET, SUITE 1413
BROOKLYN, NY 11201

MICHAEL@FERCHLAW.COM

PHONE (917) 519-2967                                                                                                                          FAX (718) 972-4505

April 3, 2023

**BY ECF**

Chief Magistrate Judge Cheryl L. Pollak
Chambers Room 1230
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  Ahamed v. 563 Manhattan Inc., et al.
      1:19-cv-06388-EK-CLP <u>Defendants' Request
      To Submit a Sur-Reply re: New Issues Raised</u>

Dear Chief Magistrate Judge Pollak:

    I represent all Defendants in this matter and <u>respectfully request Defendants' the opportunity to file the attached Sur-Reply</u> to Plaintiff's Motion for Sanctions (ECF 114).

    In Plaintiff's Declaration in support, <u>for the first time he provides Defendants with much-belated discovery and may have perjured himself by now claiming a video was served in 2020</u>.

    Defendants respectfully request the opportunity to file their Sur-Reply, attached hereto as Exhibit "A."

                                              Respectfully Submitted,

                                              *Michael L. Ferch*
                                              Michael L. Ferch, Esq.
                                              *Counsel for Defendants*

cc: Zachary J. Liska, Esq. (via ECF)