**LAW OFFICE OF MICHAEL L. FERCH**
195 MONTAGUE STREET, 14TH FLOOR
BROOKLYN, NY 11201

MICHAEL@FERCHLAW.COM
PHONE (917) 519-2967

June 30, 2023

**BY ECF**

Magistrate Judge Cheryl L. Pollak
Chambers Room 1230
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Ahamed v. 563 Manhattan Inc., et al.; 1:19-cv-06388
      (EK)(CLP), Plaintiff's Pre-Motion Letter (Docket #126)

Dear Magistrate Judge Pollak:

This letter is in response to Plaintiff's June 27, 2023 Pre-Motion letter (Dkt. 127) seeking an order from this Court that Defendants produce three (3) years of financial information in order for Plaintiff to have a "productive" non-binding mediation session with Your Honor on July 20th.

There are many reasons why Plaintiff's motion must be denied, including: (a) this is a tort case regarding sexual harassment, not a case sounding in contract or a commercial matter of any sort; (b) Defendants' financial records are not relevant or admissible in this lawsuit; and (3) no liability or damages are determined at a non-binding mediation.

Instead, the pre-motion letter is Plaintiff's thinly-veiled attempt to maximize any settlement demand. Plaintiff's motion should be denied in its entirety.

Respectfully submitted,

*Michael L. Ferch*
Michael L. Ferch

cc: Zachary Liszka, Esq. (by ECF)