UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA AHAMED,<br><br>                      Plaintiff,<br>  -against-<br><br>563 MANHATTAN INC. D/B/A COTTER BARBER, 321 GRAHAM INC. D/B/A COTTER BARBER, and BRIAN BURNAM,<br><br>                      Defendants. | Case No. 19-CV-6388 (EK) (CLP)<br><br>NOTICE OF APPEARANCE |

      PLEASE TAKE NOTICE that Plaintiff Joshua Ahamed hereby appears in this action by Crumiller P.C., 16 Court St, Suite 2500, Brooklyn, NY 11241.

Dated:  Brooklyn, New York
         August 28, 2023

                                                                                                Susan K. Crumiller
                                                                       Crumiller P.C.
                                                                       16 Court St, Ste 2500
                                                                       Brooklyn, NY 11241
                                                                       (212) 390-8480
                                                                       susan@crumiller.com
                                                                       *Attorney for Plaintiff*

To: Michael L. Ferch, Esq.
195 Plymouth, #516
Brooklyn, NY 11201
(917) 519-2967
michael@ferchlaw.com
*Attorney for Defendants*

Zachary J. Liszka, Esq.
33 Nassau Avenue, FL 2
Brooklyn, NY 11222
(347) 762-5131
zach@emploeelawyer.nyc
*Attorney for Plaintiff*
**VIA ECF**