LAW OFFICE OF MICHAEL L. FERCH
195 MONTAGUE STREET, SUITE 1413
BROOKLYN, NY 11201

MICHAEL@FERCHLAW.COM
PHONE (917) 519-2967

September 23, 2023

**BY ECF**

Magistrate Judge Cheryl L. Pollak
Chambers Room 1230
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Ahamed v. 563 Manhattan Inc., et al.
     1:19-cv-06388-EK-CLP Request for Extensions of
     Deadlines Concerning the Joint Pre-Trial Order

Dear Chief Magistrate Judge Pollak:

   I represent all Defendants in this matter.  I write with Plaintiff's knowledge and consent.

   This letter is to request an <u>extension</u> of Defendants' time to submit to Plaintiff their additions to the Joint Pre-Trial Order, from Monday, October 2, 2023, to on or before Monday, October 23, 2023.  Additionally, Defendants request the deadline for the final Joint Pre-Trial Order be extended from Monday, October 16, to on or before Monday, November 6, 2023.

   No previous requests have been made.  The basis for this request is that today I have been diagnosed with COVID and the first/last time I had it the side-effects were present for another few weeks.

   Thank you in advance for this courtesy.

                                   Respectfully Submitted,

                                   *Michael L. Ferch*
                                   Michael L. Ferch, Esq.

   cc: Zachary J. Liszka, Esq.
       Susan Crumiller, Esq.