**ZACHARY J. LISZKA, ESQ.**

33 NASSAU AVENUE, FL 2, BROOKLYN, NEW YORK
ZACH@EMPLOYEELAWYER.NYC | 347-762-5131

November 2, 2023

**VIA ECF**
Hon. Chief Magistrate Judge Cheryl Pollak
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**   *Ahamed v. 563 Manhattan Inc., et al.* **- 1:19-cv-06388-EK-CLP**
**Joint Letter-Motion Seeking Extension of Time to Submit JPTO**

Dear Chief Magistrate Judge Pollak,

The parties in this matter jointly ask that the Court extend the date to submit the proposed Joint Pretrial Order ("JPTO") up and until November 28, 2023. This will permit the parties time to attempt to resolve recently raised objections informally and without the need for court intervention. This date has been extended once to provide Defendants additional time to respond to Plaintiff's draft of the proposed JPTO.

Thank you for your time and consideration.

Respectfully submitted,

By: _____
Zachary J. Liszka, Esq.
*Counsel for Plaintiff Joshua Ahamed*