```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
JOSHUA AHAMED,                       :    Case No. 19-cv-06388
                                     :    (EK)(CLP)
                Plaintiff,           :
                                     :
     -against-                       :    **MOTION FOR ADMISSION**
                                     :         **PRO HAC VICE**
563 MANHATTAN INC. D/B/A COTTER BARBER, :
321 GRAHAM INC. D/B/A COTTER BARBER,  :
and BRIAN BURNAM,                    :
                                     :
                Defendants.          :
-------------------------------------x
```

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David Scott Ladwig, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as co-counsel along with Michael L. Ferch for Defendants 563 Manhattan Inc. d/b/a Cotter Barber, 321 Graham Inc. d/b/a Cotter Barber, and Brian Burnam in the above-captioned action.

I am in good standing of the bars of the States of Missouri and Kansas, as evidenced by the attached certificates of good standing, and there are no pending disciplinary proceedings against me in any state or federal court.

                                                  Respectfully submitted,

Dated: Kansas City, Missouri     LAW OFFICE OF DAVID S. LADWIG
       November 9, 2023

                                        By: *David S. Ladwig*
                                            David S. Ladwig   [MO Bar #43405]
                                                            [KS Bar #15947]
                                            4331 McGee Street
                                            Kansas City, MO  64111
                                            Telephone: (816) 678-4782
                                            Facsimile: (816) 455-9795
                                            Email: david.ladwig@gmail.com


**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent by electronic mail and via ECF, this 9th day of November, 2023, to:


Zachary J. Liszka, Esq.

33 Nassau Ave, Floor 2

Brooklyn, NY 11222

Telephone: (347) 762-5131

Email: zach@employeelawyer.nyc


Susan Crumiller, Esq.

Crumiller P.C.

16 Court Street, Suite 2500

Brooklyn, NY 11241


                                                   *Michael L. Ferch*
                                                    Michael L. Ferch

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on April 23, 1993,

## David Scott Ladwig

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 30th day of October, 2023.

**Active Status**

*Douglas T. Shima*
Clerk of the Supreme Court of Kansas

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/2/1992,

## David Scott Ladwig

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 30th day of October, 2023.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri